IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GREWE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC,<br><br>  Defendant.<br>_____/ | No. C 10-02208 JSW<br><br>**ORDER DENYING MOTION TO DISMISS OR STAY AND GRANTING ALTERNATIVE MOTION FOR CONSOLIDATION** |

Now before the Court is the motion to dismiss, stay or consolidate this action. This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* Civ. L.R. 7-19(b). Accordingly, the hearing set for July 23, 2010 is HEREBY VACATED. Having carefully reviewed the parties' papers and the relevant legal authority, the Court GRANTS Defendant's motion to consolidate and DENIES Defendant's alternative motion to dismiss or stay. Pursuant to Federal Rule of Civil Procedure 42(a):

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Fed. R. Civ. P. 42(a). The Court has broad discretion in determining whether or not to consolidate actions. *Southwest Marine, Inc. v. Triple A Machine Shop, Inc.*, 720 F. Supp. 805, 806-807 (N.D. Cal. 1989). In determining whether or not to consolidate cases, the Court should

United States District Court
For the Northern District of California

1  "weigh the interest of judicial convenience against the potential for delay, confusion and
2  prejudice." *Id.* at 807.
3        The Court finds that consolidation is warranted here and therefore grants Defendant's
4  motion to consolidate this action with Civil Action No. 08-5806 JSW (the "Bickley-Patten"
5  action) for all purposes, with the Bickley-Patten action being the lead case. Civil Action No.
6  09-5806 JSW shall constitute the Master File for every action in the consolidated action. The
7  Court hereby appoints the Marlin & Salman firm as lead counsel to represent the putative class
8  of dedicated drivers and intermodal drivers and appoints the Hagens-Berman firm as lead
9  counsel to represent the putative class of regional drivers. Lead counsel for both the putative
10 class of dedicated drivers and intermodal drivers and for the putative class of regional drivers
11 (collectively referred to as "Lead Counsel") shall coordinate all discovery to ensure that
12 Defendant is not subject to redundant and repetitive requests, including depositions, and shall
13 coordinate the filing and arguing of all motions and briefs. Lead Counsel must file joint briefs.
14 If Lead Counsel require additional pages, they shall file an administrative request or stipulation
15 in advance of the motion or brief, with sufficient lead time to provide Defendant an opportunity
16 to respond in accordance with the Civil Local Rules. By no later than August 20, 2010, Lead
17 Counsel shall file a joint consolidated complaint, clearly delineating which claims are brought
18 on behalf of the putative class of dedicated drivers and intermodal drivers and which claims are
19 brought on behalf of the putative class of regional drivers. If Lead Counsel seek to add new
20 claims on behalf of the putative class of dedicated drivers and intermodal drivers which were
21 not already asserted in Bickly-Patten action, Lead Counsel must file a motion seeking leave to
22 amend or obtain a stipulation from Defendant before such claims may be asserted in the
23 consolidated complaint.
24       By no later than September 3, 2010, the parties shall meet and confer and submit a
25 stipulation regarding the pre-trial schedule and continuing deadlines, if necessary. If the parties
26 ///
27 ///
28 ///

2

1  are not able to reach agreement, by no later than September 3, 2010, they shall file a joint brief
2  presenting the parties' respective positions on the pre-trial schedule.
3      **IT IS SO ORDERED.**

Dated: July 20, 2010

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE